Submitted by:

Christopher A. Carr (# 44444)
  ccarr@afrct.com
David M. Newman (# 246351)
  dnewman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DANIELLE LYNN BABB and MATTHEW D. SPICA,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE, FSB., a federally chartered bank, WELLS FARGO BANK N.A., a national bank, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 8:12-cv-02038 BRO (JPRx)<br><br>[Assigned to the Hon. Beverly Reid O-Connell]<br><br>**JUDGMENT GRANTING WELLS FARGO'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

On July 26, 2013, this Court granted, with prejudice, the Motion to Dismiss the Second Amended Complaint filed by Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In accordance with that order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiffs Danielle Lynn Babb and Matthew D. Spica shall take nothing from Wells Fargo.

2. This Action is dismissed with prejudice as against Wells Fargo.

3. Wells Fargo shall be entitled to recover its costs of suit, if any.

DATED: July 31, 2013

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE